Tekla M. Maturzynska, appellant, v. Edwin D. Buell, trustee in bankruptcy of Home Credit House, Inc., bankrupt, appellee. Gen. No. 32,279.

 Opinion filed Feb-
ruary 23, 1928.
Morris K. Levinson, for appellant. Eastman, White, Hawxhurst
& Lind, for appellee; Homer C. Dawson, of counsel.
Mr. Presiding Justice Taylor delivered the opinion of the court.